IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN, | No. 2:12-CV-0391-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| P.D. BRAZELTON, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter is fully briefed and ready for a decision on the merits.

On October 9, 2012, the court informed respondent that he may elect to have the matter decided by the undersigned upon consent.[1]  The Clerk of the Court was directed to forward to respondent appropriate consent election form, which respondent was directed to complete and return within 30 days.  More than 30 days have elapsed and respondent has not informed the court regarding his election to proceed before a Magistrate Judge.  Respondent shall

---

[1] Petitioner consented to Magistrate Judge jurisdiction on March 14, 2012.

show cause in writing within 20 days of the date of this order why appropriate sanctions should not be imposed for failure to comply with the court's October 9, 2012, order.  See Local Rule 110.  Submission of the completed consent form, indicating respondent's election, will be deemed an adequate response to both the October 9, 2012, order and this order to show cause.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent shall show cause in writing, within 20 days of the date of this order, why appropriate sanctions should not be imposed for failure to comply with the court's October 9, 2012, order;

    2. Timely submission of a completed consent form shall be deemed an adequate response; and

    3. The Clerk of the Court is directed to forward to respondent the court's consent notice and form.

DATED:  January 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE