IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN, | No. 2:12-CV-0391-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| P.D. BRAZELTON, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Pending before the court are petitioner's motions (Docs. 24 and 25) for injunctive relief.

In his first motion, petitioner seeks an order directing the librarian at California State Prison – Solano to ". . .cease and desist from her unconstitutional, felonious purpose to obstruct the Petitioner's access to the courts." In this second motion, petitioner ". . .requests that the court issue a Preliminary Injunction / Temporary Restraining Order ('PI/TWO') enjoining prison officials from deliberately violating Petitioner's constitutional rights to access the courts,

his right to due process, his right to be free from First Amendment retaliation, and his right to free speech." Again, petitioner complains about the conduct of the prison librarian. Because petitioner seeks injunctive relief against individuals who are not named as parties to this action, the requests must be denied. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for injunctive relief (Docs. 24 and 25) are denied.

DATED: March 26, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE