1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL WITKIN,                          No. 2:12-CV-0391-CMK-P

12                    Petitioner,

13            vs.                              <u>ORDER</u>

14    P.D. BRAZELTON,

15                    Respondent.

16    _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.   Pending before the court is petitioner's motion

19    (Docs. 28 & 29) in which petitioner seeks "summary judgment" on certain claims raised in the

20    underlying habeas petition.   As a vehicle for seeking merits determinations in his favor on

21    various claims, summary judgment is unnecessary because all the factual and legal arguments

22    relevant to the pending petition are set forth in petitioner's original petition, respondent's answer,

23    and petitioner's traverse.   As a separate motion for summary judgment, plaintiff's motion will be

24    disregarded as pending motions.

25    / / /

26    / / /

1

To the extent petitioner is seeking leave to supplement his original petition with additional arguments, the court will grant leave to do so. Respondent may file a supplemental answer, and petitioner may file a supplemental traverse. Upon the filing of the supplemental traverse, or the expiration of the time to do so, merits briefing in this case will be closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (Doc. 28 & 29) are disregarded as separate pending motions, and the Clerk of the Court is directed to terminate Doc. 28 as a pending motion;

2. Plaintiff's filings (Docs. 28 & 29) are construed as supplemental merits briefing, which the court hereby grants leave to file;

3. Respondent may file a supplemental answer addressing issues raised in the petitioner's supplemental briefing within 30 days of the date of this order; and

4. Petitioner may file a supplemental traverse addressing issues raised in the supplemental answer within 30 days after service of the supplemental answer.

DATED: August 14, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE